# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | George W. Lindberg | Sitting Judge if Other than Assigned Judge | Morton Denlow |
|---|---|---|---|
| **CASE NUMBER** | 10 CR 452 - 3 | **DATE** | 6/2/2010 |
| **CASE TITLE** | USA vs. James Reno | | |

**DOCKET ENTRY TEXT**

Enter order appointing Carl P. Clavelli as counsel for defendant. Defendant waives formal reading of the indictment and enters a plea of not guilty to all counts of the indictment. Defendant informed of rights. 16.1(a) conference to be held by or on 6/9/2010. Pretrial motions to be filed by or on 6/23/2010; any response by or on 7/7/2010. Status hearing set before Judge Lindberg for 7/14/2010 at 9:30 a.m. Government's oral motion to exclude time is granted. Time ordered excluded to 7/14/2010 pursuant to 18:3161(h)(1)(F). (X-E). Bond set in the amount of $10,000.00 own recognizance.

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:09

| | Courtroom Deputy Initials: | DK |
|---|---|---|