# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                Case Number:

UNITED STATES OF AMERICA
                                                                10 CR 452-3
    v.

Bjorn Daniel Sundin

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

James Reno

**FILED**
June 2, 2010
JUN 2 2010
MAGISTRATE JUDGE
MORTON DENLOW

| | |
|---|---|
| NAME (Type or print) <br> Carl P. Clavelli | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Carl P. Clavelli | |
| FIRM <br> Independent | |
| STREET ADDRESS <br> 100 W. Monroe Street  Suite 1310 | |
| CITY/STATE/ZIP <br> Chicago, IL  60603 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 0456411 | TELEPHONE NUMBER <br> 312-263-0505 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☒    NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒    NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒    NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☒ | |