UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 10 CR 452 |
| v. ) | |
| ) | Judge George W. Lindberg |
| JAMES RENO ) | |
| ) | |

**GOVERNMENT'S MOTION FOR AN AGREED PROTECTIVE ORDER**

The UNITED STATES OF AMERICA, by its attorney, PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, respectfully moves this Court, to enter a protective order, with the agreement of defendant, pursuant to Fed. R. Crim. P. 16(d)(1). In support of this motion, the government states as follows:

1. On May 26, 2010, defendant was charged by way of indictment with twelve counts of wire fraud, in violation of Title 18, United States Code, Section 1343; one count of conspiracy to commit computer fraud, in violation of Title 18, United States Code, Section 371; and one count of computer fraud, in violation of Title 18, United States Code, Section 1030(a)(5)(A).

2. The materials the government intends to use at trial and provide to defendant in discovery contain sensitive information, including personal identifying information of victims, witnesses, and other people whose names and/or identities will be relevant to this case. The discovery also includes computer programs, files, and other electronic materials that contain malicious code. This malicious code remains viable and could potentially be used to facilitate

further criminal conduct. Finally, the discovery materials contain information relating to fugitive defendants and uncharged persons.

3. Accordingly, the government respectfully moves for a protective order providing that all materials produced by the government in preparation for, or in connection with, any stage of the proceedings in this case, including but not limited to: applications, affidavits, recordings, transcripts, grand jury transcripts, agency reports, witness statements, memoranda of interview, electronic materials, and any documents and tangible objects produced by the government, remain the property of the United States. The government further requests that upon conclusion of the trial and any appeals of this case or the earlier resolution of charges against the defendant, all such materials and all copies made thereof should be returned to the United States or be destroyed; and all copies withheld by the defense by express order of Court be preserved only so long as is necessary for further proceedings related to this cause, after which they shall be returned to the United States or destroyed.

4. The government requests that the following conditions regarding the disclosure and use of any and all materials provided by the United States be imposed:

    a. The materials and their contents shall utilized by the defendant and his counsel solely in connection with the defense of this case and for no other purpose and in connection with no other proceeding;

    b. The materials and any of their contents not be disclosed either directly or indirectly to any person or entity other than the defendant, defendant's counsel, persons

employed or engaged by defense counsel to assist in the defense, or such other persons as to whom the Court may authorize disclosure;

  c. The materials and any of their contents shall not be disclosed either directly or indirectly to any person or entity outside of the United States, without the prior application to and authorization from the Court; and

  d. Any notes or records of any kind that defense counsel or the defendant may make relating to the contents of materials provided by the government not be disclosed to anyone other than the defendant's counsel, and persons employed or engaged to assist the defense, or such other person as to whom the Court may authorize disclosure, and all such notes and records not be disclosed except as provided by the Court.

 5. Finally, the government requests that the materials not be copied or reproduced except so as to provide copies of the material for the use by each defense lawyer and defendant and such persons as are employed by them to assist in the defense and such copies and reproductions be treated in the same manner as the original matter.

 6. The restrictions set forth in this Order do not apply to documents that are in the public record or domain. In addition, this Order does not apply to any materials that defendant obtains from any sources other than the government.

 7. Defendant agrees to the above-detailed provisions.

WHEREFORE, the United States respectfully requests that a protective order be issued.

>Respectfully submitted,
>
>PATRICK J. FITZGERALD
>United States Attorney
>
>By:   /s/ Michael J. Ferrara
>      MICHAEL J. FERRARA
>      WILLIAM RIDGWAY
>      MICHAEL STERLING
>      Assistant United States Attorneys
>      United States Attorney's Office
>      219 South Dearborn Street
>      Chicago, Illinois 60604
>      (312) 353-5300

## CERTIFICATE OF SERVICE

The undersigned Assistant United States Attorney hereby certifies that in accordance with FED. R. CRIM. P. 49, FED. R. CIV. P. 5, LR 5.5, and the General Order on Electronic Case Filing (ECF), the following document:

**GOVERNMENT'S MOTION FOR AN AGREED PROTECTIVE ORDER**

was served pursuant to the district court's ECF system as to ECF filers on SEPTEMBER 14, 2010.

/s/ Michael J. Ferrara
MICHAEL J. FERRARA
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7649