# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

UNITED STATES OF AMERICA

                            Plaintiff,

v.                                                  Case No.: 1:10−cr−00452

                                                         Honorable George W. Lindberg

Bjorn Daniel Sundin, et al.

                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 20, 2011:

      MINUTE entry before the Honorable George W. Lindberg:as to James Reno: Status hearing held on 4/20/2011. Status hearing continued to 7/13/2011 at 10:00 AM. The Court excludes time pursuant to 18 U.S.C. section 3161(h)(7)(A). Time begins 4/20/2011. Time ends 7/13/2011.Mailed notice (pm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.